# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: Michael A. Hammer

UNITED STATES OF AMERICA
*Plaintiff*

v.

JONATHAN KATZ
*Defendant*

CASE NO. 21-10413
DATE OF PROCEEDINGS: 12/9/2021

DATE OF ARREST: 12/9/2021

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS  [✓] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [✓] VIDEO CONFERENCE CONSENT
- [✓] BRADY ORDER
- [✓] WAIVED PRELIMINARY HEARING

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: $100,000
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED
- [✓] REPORT TO PRETRIAL SERVICES
- [✓] DRUG TESTING AND/OR TREATMENT
- [✓] MENTAL HEALTH TESTING AND/OR TREATMENT
- [✓] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Vera Varshavsky
DEFT. COUNSEL: Laura Sayler
PO/PTS: Stephen Griggs
INTERPRETER:
Language:

TIME COMMENCED: 2:38
TIME TERMINATED: 2:39
CD NO: ECR

J. Baker
DEPUTY CLERK